# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| Mahmoud Yousefzadeh, | Case No. 17-cv-5501 (SRN/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Hill-Rom Company, Inc., | |
| Defendant. | |

Mahmoud Yousefzadeh, 9652 Clark Circle, Eden Prairie, MN 55347 (pro se Plaintiff); and

Brandon Haugrud and Kerry L. Middleton, Littler Mendelson, PC, 80 South Eighth Street, Suite 1300, Minneapolis, MN 55402 (for Defendant).

This matter is before the Court on pro se Plaintiff Mahmoud Yousefzadeh's letter (ECF No. 57) requesting a referral to the FBA Pro Se Project, a program of the Minnesota Chapter of the Federal Bar Association where volunteer lawyers donate their time to assist unrepresented individuals.[1] Plaintiff states that he is currently seeking new counsel "in full force," and requests the referral "to speed up Defendant Counsel's Needs" and "to speed up the process" of settlement.

The Court has become well acquainted with the parties, factual allegations, and legal issues through several proceedings, including but not limited to a full-day settlement

---

[1] The Court previously referred Plaintiff to the FBA Pro Se Project approximately one year ago when this matter was first filed. (ECF Nos. 5, 7.) Plaintiff then retained private counsel. (ECF No. 18.) Plaintiff's attorney was subsequently permitted to withdraw without substitution for good cause shown. (ECF No. 45.)

1

conference, a hearing on the motion to withdraw of Plaintiff's prior attorney, other motions filed by Plaintiff, and Plaintiff's letters to the Court. Plaintiff's filings demonstrate his ability to articulate his position to the Court and a basic understanding of legal procedure, including filing motions as a means of seeking relief from the Court. The factual and legal issues underlying this litigation are not any more complex than other employment-discrimination matters routinely brought before this Court. The Court has also already granted Plaintiff an extension of the pretrial deadlines in this matter in order to provide Plaintiff a reasonable time in which to secure new counsel. (ECF No. 55.) Plaintiff's request for a referral to the FBA Pro Se Project is **DENIED**.

**The Court strongly encourages Plaintiff to continue his efforts to secure new counsel. Plaintiff is cautioned that he is subject to the deadlines set forth in the Second Amended Pretrial Scheduling Order (ECF No. 55) just as any attorney would be. Additionally, Plaintiff is cautioned that a failure to prosecute this action, comply with all applicable rules, or abide by the Court's orders may result in dismissal of this matter under Rule 41(b). Fed. R. Civ. P. 41(b) ("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it.").**

**All prior consistent orders remain in full force and effect. Failure to comply with any provision of this Order or any other prior consistent Order shall subject the non-complying party, non-complying counsel and/or the party such counsel represents to any and all appropriate remedies, sanctions and the like, including without limitation: assessment of costs, fines and attorneys' fees and disbursements;**

**waiver of rights to object; exclusion or limitation of witnesses, testimony, exhibits and other evidence; striking of pleadings; complete or partial dismissal with prejudice; entry of whole or partial default judgment; and/or any other relief that this Court may from time to time deem appropriate.**

      **IT IS SO ORDERED.**

Date: December18, 2018*s/ Tony N. Leung*
Tony N. Leung
United States Magistrate Judge
District of Minnesota

*Yousefzadeh v. Hill-Rom Company, Inc.*
Case No. 17-cv-5501 (SRN/TNL)